IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-214 T

(Judge Francis M. Allegra)

CITIGROUP, INC., et.al.,

Plaintiff

v.

THE UNITED STATES,

Defendant

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order dated July 20, 2001, the parties submit the following joint report as to the status of this matter.

The status of this matter has advanced significantly in the past year. The Plaintiffs and the Internal Revenue Service ("IRS") have completed computations related to the underlying substantive tax issues affecting the Plaintiffs' tax liabilities related to a 6-year audit cycle. They have also begun to exchange interest computations, which *inter alia* present the "interest netting" issues at issue in this litigation. Although the IRS has not formally allowed or disallowed the Plaintiffs' interest netting claims, the parties are working amicably towards a solution of those very difficult technical and computational problems.

Given the progress in the past year, and the ongoing good faith and cooperation exhibited by both parties, we continue to request an annual status reporting schedule, as previously ordered by the Court. Therefore, we again jointly request that another status report be due one year from

this one, *i.e*. on or before June 30, 2006.

Respectfully submitted,

_________ ___________________________________________

Date

CHRISTOPHER S. RIZEK
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-8852

Attorney for Plaintiffs

_________ s/Jennifer Dover Spriggs

Date

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

_________ ___________________________________________

Date

Of Counsel

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify that service of the foregoing Joint Status Report has been made by electronic filing, this ________ day of June 2005, and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Christopher S. Rizek, Esquire
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington D.C. 20005

______________________________________

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440