# In The United States Court of Federal Claims

No. 99-214T

(Filed: July 19, 2005)

CITIGROUP, INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 28, 2005, the parties filed a joint status report. In order to discuss the contents of that report, the court will hold a telephonic status conference at 2:00 p.m. (EST) on Monday, July 25, 2005. Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge