# In The United States Court of Federal Claims

No. 99-214T

(Filed: July 25, 2005)

CITIGROUP, INC., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 25, 2005, the court held a status conference in this case. Participating in the conference on behalf of plaintiff was Christopher Rizek. Participating on behalf of defendant was Jennifer Spriggs. After discussing the status of the case with the parties, and after reviewing the parties' joint status report, filed June 28, 2005, the court hereby **ORDERS** that, on or before June 30, 2006, the parties shall file a joint status report discussing the status of the case. If a significant change in circumstances should occur prior to that date, counsel shall notify the court immediately.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge