IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-214 T

(Judge Francis M. Allegra)

CITIGROUP, INC., et.al.,

Plaintiff

v.

THE UNITED STATES,

Defendant

# STIPULATION OF DISMISSAL

The parties in this action hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims to the dismissal of this action, with prejudice, the parties to bear their own respective attorneys' fees and costs.

Plaintiff's counsel has reviewed this stipulation of dismissal and has authorized counsel for the United States to sign this document electronically on behalf of plaintiff and to file this stipulation on behalf of both parties.

Respectfully submitted,

2/1/06
Date

s/Christopher S. Rizek

CHRISTOPHER S. RIZEK
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington D.C. 20005
(202) 862-8852
csr@capdale.com

Attorney for Plaintiff

2/1/06
Date

s/Jennifer Dover Spriggs

JENNIFER DOVER SPRIGGS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0840
jennifer.d.spriggs@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

CERTIFICATE OF SERVICE

I certify that service of the foregoing Stipulation of Dismissal has been made by electronic filing, this 1st day of February 2006, and by mailing a copy thereof, in a postage prepaid envelope, to the following address:

Christopher S. Rizek, Esquire
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Washington D.C. 20005

________________________________________

U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6440